# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MICHAEL HARON, | : | No. 65 MAP 2017 |
| | : | |
| Appellee | : | Appeal from the order dated |
| | : | September 19, 2017 of the |
| | : | Commonwealth Court at No. 220 MD |
| v. | : | 2015. |
| | : | |
| | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**                                                    **DECIDED: July 18, 2018**

AND NOW, this 18th day of July, 2018, the order of the Commonwealth Court is hereby **AFFIRMED**.